UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Driggers, et al. v. C.R. Bard, Inc., et al.*
Case No. 2:20-cv-588

# ORDER

This matter is before the Court on Plaintiffs' unopposed Motion to Substitute Party. (ECF No. 3.) Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Following Plaintiff Clayton Driggers, III's death, Clayton Driggers, Jr. was appointed the personal representative of his estate. (ECF No. 3-3.) Plaintiffs now move for the substitution of Clayton Driggers, Jr., as Personal Representative of the Estate of Clayton Driggers, III, as the proper plaintiff. (ECF No. 3.) Plaintiffs' unopposed Motion to Substitute is **GRANTED**. The Clerk is directed to substitute Clayton Driggers, Jr., as Personal Representative of the Estate of Clayton Driggers, III as Plaintiff in place of Clayton Driggers, III.

**IT IS SO ORDERED.**

**1/12/2024**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**